UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA AMES,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>WELLS FARGO BANK NA,<br><br>　　　　　　　　Defendant. | CASE NO. 3:23-cv-05986-BHS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff Linda Ames filed an Application to Proceed *In Forma Pauperis* ("IFP") in the above-entitled action. Dkt. 45. After careful consideration of the Application, the governing law, and the balance of the record, the Court **ORDERS** as follows:

(1)　Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP Application (Dkt. 45) is **GRANTED**.

//

//

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1

(2) The Clerk of Court is directed to send a copy of this Order to Plaintiff and to the Honorable Benjamin H. Settle.

Dated this 28th day of November, 2023.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 2