UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA AMES,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 3:23-cv-05986-BHS<br><br>ORDER GRANTING SUBSTITUTION OF COUNSEL |

Before the Court is the Substitution of Counsel filed by Defendant Wells Fargo Bank, N.A. Having considered the Substitution of Counsel and for good cause appearing, the Court hereby GRANTS the Substitution.

DATED this 9th day of January, 2024.

BENJAMIN H. SETTLE
United States District Judge

4869-0069-2634

ORDER GRANTING SUBSTITUTION OF COUNSEL - 1
3:23-CV-05986-BHS

Snell & Wilmer
506 Second Avenue
Suite 1400
Seattle, Washington 98104
425.748.5055